**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1387**

---

ARNOLD B. CLARKE,

                                    Plaintiff - Appellant,

        versus

ATTORNEY GENERAL'S OFFICE; JUDGE KULP, Henrico
County Court; COMMONWEALTH'S ATTORNEY'S
OFFICE, of Virginia,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-02-98)

---

Submitted:  June 20, 2002          Decided:  June 25, 2002

---

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Arnold B. Clarke, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arnold B. Clarke appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Clarke v. Attorney Gen. Office</u>, No. CA-02-98 (E.D. Va. Mar. 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>